# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In re | Case No. 19-13194-mdc |
| Kadine M Williams | Chapter 13 |
| Debtor. | |

### NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES
### (CLAIM 3)

Creditor, Wells Fargo Bank, N.A., hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges with respect to Claim No. 3, filed in the above-entitled matter on 10/18/2019.

Dated:    02/24/2020

Respectfully submitted,

/s/ Gwendolyn Carmichael McClain

VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

1139015-e5656d9d-435e-4c3c-868c-7ac3eada6a04-

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 19-13194

In re:  
Judge: Chief Judge Magdeline D. Coleman

Kadine M Williams

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 24, 2020, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid:

Kadine M Williams  
1326 E. Barringer Street  
Philadelphia, PA 19119

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid:

BRAD J. SADEK  
Sadek and Cooper  
1315 Walnut Street  
Suite 502  
Philadelphia, PA 19107

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

WILLIAM C. MILLER, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

/s/ John Shelley  
InfoEx, LLC  
(as authorized agent for Wells Fargo Bank, N.A.)